2013 FEB 13 PM 1:32

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2012 Grand Jury

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. **13 CR 0529 WQH** |
| Plaintiff, | ) | I N D I C T M E N T |
| v. | ) | Title 8, U.S.C., Sec. 1326(a) and (b) - Attempted Reentry of Removed Alien |
| JOSE LUIS CACHO-AVILA, aka Jose Luis Cardenas-Seballos, | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about November 27, 2012, within the Southern District of California, defendant JOSE LUIS CACHO-AVILA, aka Jose Luis Cardenas-Seballos, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Section 1326(a) and (b).

STJ:nlv:San Diego
2/11/13

1   It is further alleged that defendant JOSE LUIS CACHO-AVILA,
2  aka Jose Luis Cardenas-Seballos, was removed from the United States
3  subsequent to May 7, 2009.
4   DATED: February 13, 2013.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
SCOTT T. JONES
Assistant U.S. Attorney

2